IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-mj-500 |
| | ) | |
| LOGAN CAHILL VAALER | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT**

I, Joan Delgado, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Police Officer with the Pentagon Force Protection Agency (PFPA), and I have been so employed since 2023.  I am currently assigned to the Pentagon Police Division as a Mobile Patrol Officer, located at the Pentagon Building in Arlington, Virginia. As a Police Officer, I investigate and enforce federal violations on the Pentagon Reservation concerning moving vehicle violations, weapon possession violations, controlled substance possession violations, and other related offenses. I have gained experience conducting these duties in the field and through trainings centered on these types of investigations.

2.      I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 32 CFR 234.17 (Vehicle and traffic safety), 32 CFR 234.10 (Possession of a weapon), 32 CFR 234.11 (Alcoholic beverages and controlled substances), 32 CFR 234.6 (Interfering with an agency function), and any other necessary 32 CFR part 234 Conduct on The Pentagon Reservation violations. I am authorized to investigate and enforce

such violations of Code of Federal Regulations and United States Code (including Title 18) as a sworn law enforcement officer under Section 2674 of Title 10 of the United States Code.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other officers and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

4.      I submit this affidavit in support of a criminal complaint charging LOGAN CAHILL VAALER with the unlawful possession of a weapon, in violation of 32 C.F.R. 234.10(a)(2) (Possession of a weapon, carrying). For the reasons set forth below, I respectfully submit that probable cause exists to believe that on December 16, 2024, VAALER traveled on to the Pentagon Reservation via Metro Bus, unlawfully possessing a firearm in her jacket pocket.

## STATEMENT OF PROBABLE CAUSE

5.      On December 16, 2024, at approximately 1031 hours, an individual later identified as LOGAN CAHILL VAALER approached Pentagon Police Officers on the Pentagon Metro Bus Platform, located on the Pentagon Reservation, in Arlington, Virginia, within the Eastern District of Virginia.

6.      Pentagon Police Officers moved toward VAALER when she suddenly began to reach into her right jacket pocket, attempting to remove what appeared to be a handgun.

7.      Pentagon Police Officers then drew their firearms on VAALER, restrained her, and successfully removed the firearm from her. Once in custody, Pentagon Police Officers seized a black Glock 43X (serial # AKMP107) from VAALER'S jacket. The firearm was loaded with one round in the chamber. Officers located another loaded magazine in her backpack.



8.

**CONCLUSION**

9.      Based on the foregoing, I submit that there is probable cause to believe that on December 16, 2024, at approximately 1031 hours, LOGAN CAHILL VAALER, knowingly concealed, possessed, and carried a loaded gun in her jacket pocket and transported it on the Pentagon Reservation, located in Arlington, Virginia, located within the Eastern District of Virginia, in violation of 32 CFR 234.10 (a)(2), and I respectfully request that a criminal complaint be issued for VAALER.

Respectfully submitted,

DELGADO.JOAN.  Digitally signed by
M.1626393701  DELGADO.JOAN.M.1626393701
              Date: 2024.12.17 08:38:42 -05'00'

Joan Delgado Police Officer
Pentagon Force Protection Agency

Subscribed and sworn in accordance with Fed. R. Crim. P. 4.1
By telephone on December 17, 2024:

_William C. Fitzpatrick_
The Honorable William C. Fitzpatrick
United States Magistrate Judge